sistant Attorney General, and *George B. Sjoselius,* Deputy Attorney General, for respondent.

No. 133. DELANY *v.* PADGETT ET AL. C. A. 5th Cir. Certiorari denied. *Theodore B. Stubbs* for petitioner.

No. 134. GOODYEAR TIRE & RUBBER CO., INC. *v.* TIERNEY ET AL. Supreme Court of Illinois. Certiorari denied. *Charles M. Spence* for petitioner.

No. 135. PARKER *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *Jane A. Parker* for petitioner. *Harry McMullan,* Attorney General of North Carolina, and *Claude L. Love,* Assistant Attorney General, for respondent.

No. 136. AIR TRANSPORT ASSOCIATES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Warren E. Miller* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp, J. Roger Wollenberg* and *Emory T. Nunneley, Jr.* for the Civil Aeronautics Board; and *L. Welch Pogue* for Alaska Airlines, Inc., respondents.

No. 141. WEBSTER *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Alexander H. Martin* for petitioner. *Joseph H. Crowley* for respondent.

No. 142. ESTATE OF HAUPTFUHRER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari